■ WESTCHESTER MEDICAL CENTER, Appellant, v AIU INSURANCE COMPANY, Respondent. [834 NYS2d 491]—In an action to recover no-fault insurance medical benefits, the plaintiff appeals from an order of the Supreme Court, Nassau County (Alpert, J.), dated November 20, 2006, which granted that branch of the defendant's motion which was pursuant to CPLR 317 to vacate a judgment of the same court entered March 8, 2005, upon its default in answering, and denied its motion to punish the defendant for contempt of court based on its failure to respond to an information subpoena.

Ordered that the order is affirmed, with costs.

The Supreme Court providently exercised its discretion in granting that branch of the defendant's motion which was to vacate the default judgment pursuant to CPLR 317 (*see* CPLR 317; *Franklin v 172 Aububon Corp.,* 32 AD3d 454, 455 [2006]; *Rios v Starrett City, Inc.,* 31 AD3d 418 [2006]; *New York & Presbyt. Hosp. v Allstate Ins. Co.,* 29 AD3d 968 [2006]). The Supreme Court properly denied the plaintiff's motion to punish the defendant for contempt. Rivera, J.P., Spolzino, Fisher, Lifson and Dickerson, JJ., concur.